Exhibit 2

Charted claim:
Method claim: 1

| US8098153B2 | Cox Homelife Security System ("The accused system") |
|---|---|
| 1. A method of providing emergency response to a user carrying a user device (**32**), said method comprising the steps of: | The accused system discloses a method (e.g., Cox Homelife monitoring) of providing emergency response (e.g., emergency service) to a user (e.g., user of the accused system) using a user device (e.g., Touchscreen Control Panel).<br><br>As shown, the accused system comprises smart home devices such as cameras, motion sensors, and other security components that are managed and controlled by the Touchscreen Control Panel. The accused system also includes Cox Homelife monitoring and response technology, where, when an alarm is triggered by pressing the emergency button on the Touchscreen Control Panel, the Cox monitoring centers are notified, and emergency contacts are contacted based on the priority order.<br><br><br>https://www.cox.com/residential/homelife.html |



# Cox Homelife packages

Homelife is powered by Cox Internet and Panoramic Wifi. Once you choose the plan that's right for your household, you'll be ready to begin setting up your smart home system.

**HOMELIFE FEATURES & BENEFITS**

## See everything Homelife has to offer

Tap into a host of ways to monitor and stay connected to your household—from wherever you might be.

### Build your smart home around your needs

From pets to packages and more, you'll be able to customize your set-up to know exactly what's happening in and around your home.

https://www.cox.com/residential/homelife.html



https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf

## Touchscreen Control Panel

The interactive Touchscreen control panel enables you to operate your security system and interact with your home at the tap of a button. Depending on the options you have purchased, you can use it to arm and disarm your system, view live video from cameras placed in your home, change light and thermostat settings, and view real-time web content — all from the full-color display.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf

The Homelife Security Touchscreen has been redesigned to provide a more user-friendly experience that will pave the way for more features in the future.



https://www.cox.com/residential/support/homelife-security-touchscreen-new-user-interface.html



Emergency

Emergency enables you to sound an immediate audible alarm and to send an emergency police alarm to the Central Monitoring Station.

**Note**: Certain models have a hardware emergency button.

https://www.cox.com/residential/support/homelife-security-touchscreen-new-user-interface.html



Emergency Alarm

Emergency Alarm can be accessed by tapping the emergency icon on the Home screen.

Press and hold Emergency below for 2 seconds to sound the alarm and call the police.

Emergency

Cancel

**Note**: Certain models have a hardware emergency button on the Touchscreen.

https://www.cox.com/residential/support/homelife-security-touchscreen-new-user-interface.html



## PANIC ALARMS

Initiating a panic alarm sends an immediate alarm to the Central Monitoring Station, indicating an emergency of a specific type — medical, fire or police.

To initiate a panic alarm:

1. Press the red **panic button** 🔘 on the lower front of the Touchscreen to display the individual emergency options.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



https://www.youtube.com/watch?v=5Yl_H1JRISM



## Contacts

Contacts are the people who get contacted in an emergency or who gets rules-based alerts or notifications.

The two contacts listed as "Call before police in emergency" can be edited, but you cannot delete them; they are required. These are the primary contacts that the Central Monitoring Station will call to verify alarms by asking for your designated Secret Word.

The contacts listed as "Call after police in emergency" will be called after the authorities have been dispatched to the home; these contacts can be edited and deleted.

Rules contacts are the people you would like to notify via email or text when certain notification-based rules are executed. In order to use Rules, you must set up Rules Contacts.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



**Contacts**

Contacts are the people who get contacted in an emergency or who gets rules-based alerts or notifications. The two contacts listed as "Call before police in emergency" can be edited, but you cannot delete them; they are required. These are the primary contacts that the Central Monitoring Station will call to verify alarms by asking for your designated Secret Word.

The contacts listed as "Call after police in emergency" will be called after the authorities have been dispatched to the home; these contacts can be edited and deleted.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



https://www.youtube.com/watch?v=PXceljL74VQ

<table>
<tr><td></td><td>

**EMERGENCY DISPATCH CONTACTS**

The Central Monitoring Station will contact your Emergency Dispatch Contact Numbers to verify emergencies or notify responding parties. Be sure to review and update your emergency contacts on a regular basis.

- In your Subscriber Portal, go to the **SECURITY** menu and select **Emergency Dispatch Setup**
- Update existing contacts by clicking the pencil icon, delete contacts by clicking the trash can icon or add new contacts by clicking the **ADD CONTACT** button

*Note:* *You may list up to four emergency contacts, but only the two mandatory contacts set as "verify alarm before calling police" will be contacted prior to dispatching the proper authorities. Up to two additional contacts are considered* **Responding Parties,** *and will be notified after a dispatch.*

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf

</td></tr>
</table>

| establishing a monitoring database (**34**) including an identification for a user device (**32**); | The accused system discloses establishing a monitoring database (e.g., Cox Homelife monitoring server) that includes identification information (e.g., product name, model number, etc.) for a user device (e.g., Touchscreen Control Panel).<br><br>As shown, the accused system comprises smart home devices such as cameras, motion sensors, and other security components that are connected through a central hub (e.g., Touchscreen Control Panel) for wireless communication. The accused system stores identification information related to installed and setup user devices, using its monitoring server. |



https://play.google.com/store/apps/details?id=com.cox.homesecurity&hl=en_US

information through our mobile services without your consent.  In some cases, we may collect details of the products and services you receive from us, such as your mobile device rate plan, so that we can send you account updates or other communications regarding your account or to send you information, recommendations, and promotions that we believe will be of interest to you.

https://www.cox.com/aboutus/policies/annual-privacy-notice.html

information that could be used to identify, authenticate, contact, or locate you ("**Personally Identifiable Information**" or "**PII**"). We may also collect demographic and usage information about you and other subscribers such as information about premium services, location, demographics, the services you have chosen to receive, information about equipment and devices connected to our cable system and network, complaint information, including customer correspondence and communications records, and information regarding maintenance, repairs, services, equipment, software, usage, settings and preferences to aid in customer support and in recommendations for you. If you visit one of our facilities, we may also capture your image on our security cameras.

https://www.cox.com/aboutus/policies/annual-privacy-notice.html

| | |
|---|---|
| storing in the monitoring database (**34**) a plurality of contacts to be contacted in response to the monitoring database (**34**) receiving an alert from the user device (**32**) and a plurality of contact methods; | The accused system discloses storing in the monitoring database (e.g., Cox Homelife monitoring server) a plurality of contacts (e.g., emergency contacts) to be contacted in response to the monitoring database receiving an alert (e.g., alert related to an alarm event) from the user device (e.g., Touchscreen Control Panel) and a plurality of contact methods (e.g., contact methods such as calling, messaging, etc.). |
| | As shown, the accused system comprises smart home devices such as cameras, motion sensors, and other components that integrate with the Cox Homelife app for controlling and monitoring these devices. The Cox Homelife app includes settings for configuring emergency contacts to be contacted in response to alerts from the Touchscreen Control Panel. These emergency contacts are stored on the Cox Homelife monitoring servers, which are notified by the system when an alarm is triggered. |



## Contacts

Contacts are the people who get contacted in an emergency or who gets rules-based alerts or notifications.

The two contacts listed as "Call before police in emergency" can be edited, but you cannot delete them; they are required. These are the primary contacts that the Central Monitoring Station will call to verify alarms by asking for your designated Secret Word.

The contacts listed as "Call after police in emergency" will be called after the authorities have been dispatched to the home; these contacts can be edited and deleted.

Rules contacts are the people you would like to notify via email or text when certain notification-based rules are executed. In order to use Rules, you must set up Rules Contacts.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



**Contacts**

Contacts are the people who get contacted in an emergency or who gets rules-based alerts or notifications.  The two contacts listed as "Call before police in emergency" can be edited, but you cannot delete them; they are required. These are the primary contacts that the Central Monitoring Station will call to verify alarms by asking for your designated Secret Word.

The contacts listed as "Call after police in emergency" will be called after the authorities have been dispatched to the home; these contacts can be edited and deleted.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



storing in the monitoring database a plurality of contacts to be contacted

**To add Contacts:**

1. Click the **More** menu.
2. Select **Contacts**.
3. Click the **plus icon** in one of the three contact lists to add a contact.
4. Enter a **First Name**, **Last Name**, and **Phone number**.
5. Select if the phone number is **home**, **mobile**, or **other**.
6. Click **SAVE**.

**Note:** For Rules Contacts, enter an email address in addition to the First Name, Last Name and Phone number.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



**To edit Contacts**:

1. Click the **More** menu.
2. Select **Contacts**.
3. Click the **pencil icon**.
4. Make edits and click **SAVE**.

**To delete "Call after police in emergency" or Rules Contacts**:

1. Click the **pencil icon**.
2. Click the **Delete button**.
3. Click **OK** in the confirmation dialog box.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



https://www.youtube.com/watch?v=5YI_H1JRISM



https://www.youtube.com/watch?v=5YI_H1JRISM



https://www.youtube.com/watch?v=5YI_H1JRISM

|  |  |
| --- | --- |
|  |  **PANIC ALARMS**<br><br>Initiating a panic alarm sends an immediate alarm to the Central Monitoring Station, indicating an emergency of a specific type — medical, fire or police.<br><br>To initiate a panic alarm:<br><br>1. Press the red **panic button** [image] on the lower front of the Touchscreen to display the individual emergency options.<br><br>https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf |
| arranging the contacts and contact methods in a priority order determined by the user; | The accused system discloses arranging the contacts (e.g., emergency contacts) and contact methods (e.g., such as calling, messaging, etc.) in a priority order (e.g., the order in which contacts are to be reached) determined by the user (e.g., user of the accused system).<br><br>As shown, the accused system comprises smart home devices such as cameras, motion sensors, and other security components that are managed and controlled by the Touchscreen Control Panel. The Cox Homelife app includes settings for configuring emergency contacts to be contacted in response to alarm events from these smart home devices. The user determines the priority order for contacting these emergency contacts specifying whom to call first, second, etc. Upon receiving an alarm signal, Cox Homelife will first contact the first primary number determined by the user. If there is no response from the first primary number, it will proceed to contact the remaining individuals in the emergency contact list according to the priority order set by the user. |



https://www.youtube.com/watch?v=5YI_H1JRISM



https://www.youtube.com/watch?v=5YI_H1JRISM



https://www.youtube.com/watch?v=5YI_H1JRISM



**Contacts**

Contacts are the people who get contacted in an emergency or who gets rules-based alerts or notifications.  The two contacts listed as "Call before police in emergency" can be edited, but you cannot delete them; they are required. These are the primary contacts that the Central Monitoring Station will call to verify alarms by asking for your designated Secret Word.

The contacts listed as "Call after police in emergency" will be called after the authorities have been dispatched to the home; these contacts can be edited and deleted.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



arranging the contacts and contact methods in a priority order determined by the user

https://www.youtube.com/watch?v=5YI_H1JRISM

| establishing an internet protocol (IP) address for the monitoring database (**34**); | The accused system discloses establishing an internet protocol (IP) address for the monitoring database (e.g., Cox Homelife monitoring server). As shown, the Touchscreen Control Panel wirelessly communicates with the Cox |

|  | monitoring server via the internet. When the emergency button on the Touchscreen Control Panel is pressed, alarm signals are sent to the monitoring station over the internet. The Cox monitoring server is connected to the internet and has an assigned IP address.<br><br>The Hub isn't recognizing the Broadband / Wi-Fi connection, so it can't connect to the Homelife system server.<br><br>https://cox.com/residential/support/troubleshooting-the-homelife-automation-hub.html |

On the **Connecting to Server** screen, the progress bar indicates the hub is connecting to the network.



https://www.cox.com/residential/support/restoring-connectivity-to-the-automation-hub.html

## TESTING SYSTEM CONNECTIVITY

- On your Touchscreen, press the **Settings** App and enter your 4-digit Master Keypad Code
- Go to the **Security** category and select **Advanced Settings,** then **Connectivity,** then **Test Connectivity** and press **Next >** to begin the test

If either broadband or cellular connectivity appears to be down, please check your home security router power/connection and then contact Cox Customer Support at **1-877-404-2568**.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/

[Getting_Started_Guide_Technicolor.pdf](Getting_Started_Guide_Technicolor.pdf)

From the **Test Connectivity** screen, tap **Next**.



[https://www.cox.com/residential/support/testing-cox-homelife-internet-connectivity-from-the-touchscreen.html](https://www.cox.com/residential/support/testing-cox-homelife-internet-connectivity-from-the-touchscreen.html)

## ROUTER MAINTENANCE

Disconnecting cords or resetting your Cox Homelife router will cause disruptions to your home security system. Please contact Cox prior to moving or modifying your router settings, including your personal router.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf

Your Cox security system continues to work if your Internet connection is not available. The system functions on a cellular backup system. However, functions are limited until the Internet connection is restored.

https://www.cox.com/residential/support/cellular-backup-capabilities.html



### PANIC ALARMS

Initiating a panic alarm sends an immediate alarm to the Central Monitoring Station, indicating an emergency of a specific type — medical, fire or police.

To initiate a panic alarm:

1. Press the red **panic button** on the lower front of the Touchscreen to display the individual emergency options.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf

# **4** ALARMS & NOTIFICATIONS

When your security system generates an alarm, Cox's Central Monitoring Station will receive an alarm signal, and will respond based on the type and priority of the alarm.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf

An Internet Protocol address, or IP address, is a series of numbers assigned to every device connected to the internet or computer network. Computers, mobile phones, and any internet-connected device, such as smart speakers, printers, connected TVs, and home alarm systems, all have an individual IP address for identification.

IP addresses are automatically generated by an algorithm of the Internet of Assigned Numbers Authority (IANA) and assigned to the device by an internet service provider (ISP).

https://www.adjust.com/glossary/ip-address/

## What is an IP address (Internet Protocol address)?

An Internet Protocol (IP) address is a unique numerical identifier for every device or network that connects to the internet. Typically assigned by an internet service provider (ISP), an IP address is an online device address used for communicating across the internet.

| | https://www.techtarget.com/whatis/definition/IP-address-Internet-Protocol-Address |
|---|---|
| establishing an IP address for the user device (**32**); | The accused system discloses establishing an IP address for the user device (e.g., Touchscreen Control Panel).<br><br>As shown, the Touchscreen Control Panel communicates with the Cox monitoring server via the internet. When the emergency button on the Touchscreen Control Panel is pressed, alarm signals are sent to the monitoring server over the internet. The Touchscreen Control Panel is connected to the internet and has an assigned IP address.<br><br>**TESTING SYSTEM CONNECTIVITY**<br>• On your Touchscreen, press the **Settings** App and enter your 4-digit Master Keypad Code<br>• Go to the **Security** category and select **Advanced Settings,** then **Connectivity,** then **Test Connectivity** and press **Next >** to begin the test<br>If either broadband or cellular connectivity appears to be down, please check your home security router power/connection and then contact Cox Customer Support at **1-877-404-2568**.<br>https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf |

From the **Connectivity** screen, tap **Test Connectivity**.



https://www.cox.com/residential/support/testing-cox-homelife-internet-connectivity-from-the-touchscreen.html



From the **Test Connectivity** screen, tap **Next**.

https://www.cox.com/residential/support/testing-cox-homelife-internet-connectivity-from-the-touchscreen.html

| Broadband connection failed | Touchscreen is not accessing the Internet through the local network, but the device still has cellular connectivity. | Restore Internet connectivity as soon as possible. If this problem continues, contact Customer Support. |

https://www.cox.com/residential/support/cox-homelife-touchscreen-message-alerts.html



**PANIC ALARMS**

Initiating a panic alarm sends an immediate alarm to the Central Monitoring Station, indicating an emergency of a specific type — medical, fire or police.

To initiate a panic alarm:

1. Press the red **panic button** [🔴] on the lower front of the Touchscreen to display the individual emergency options.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf

An Internet Protocol address, or IP address, is a series of numbers assigned to every device connected to the internet or computer network. Computers, mobile phones, and any internet-connected device, such as smart speakers, printers, connected TVs, and home alarm systems, all have an individual IP address for identification.

IP addresses are automatically generated by an algorithm of the Internet of Assigned Numbers Authority (IANA) and assigned to the device by an internet service provider (ISP).

| | |
|---|---|
| | https://www.adjust.com/glossary/ip-address/<br><br>**What is an IP address (Internet Protocol address)?**<br><br>An Internet Protocol (IP) address is a unique numerical identifier for every device or network that connects to the internet. Typically assigned by an internet service provider (ISP), an IP address is an online device address used for communicating across the internet.<br><br>https://www.techtarget.com/whatis/definition/IP-address-Internet-Protocol-Address |
| establishing communication over the Internet (**36**) between the monitoring database (**34**) and one of the user devices (**32**); | The accused system discloses establishing communication over the internet between the monitoring database (e.g., Cox monitoring server) and one of the user devices (e.g., Touchscreen Control Panel).<br><br>As shown, the Touchscreen Control Panel communicates with the Cox monitoring server via the internet. When the emergency button on the Touchscreen Control Panel is pressed, alarm signals are sent to the monitoring server over the internet. The Cox monitoring server and Touchscreen Control Panel communicate over the internet.<br><br>**TESTING SYSTEM CONNECTIVITY**<br>• On your Touchscreen, press the **Settings** App and enter your 4-digit Master Keypad Code<br>• Go to the **Security** category and select **Advanced Settings,** then **Connectivity,** then **Test Connectivity** and press **Next >** to begin the test<br>If either broadband or cellular connectivity appears to be down, please check your home security router power/connection and then contact Cox Customer Support at **1-877-404-2568**.<br>https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf |

From the **Connectivity** screen, tap **Test Connectivity**.



https://www.cox.com/residential/support/testing-cox-homelife-internet-connectivity-from-the-touchscreen.html

From the **Test Connectivity** screen, tap **Next**.



https://www.cox.com/residential/support/testing-cox-homelife-internet-connectivity-from-the-touchscreen.html



| Broadband connection failed | Touchscreen is not accessing the Internet through the local network, but the device still has cellular connectivity. | Restore Internet connectivity as soon as possible. If this problem continues, contact Customer Support. |

https://www.cox.com/residential/support/cox-homelife-touchscreen-message-alerts.html

The Hub isn't recognizing the Broadband / Wi-Fi connection, so it can't connect to the Homelife system server.

https://cox.com/residential/support/troubleshooting-the-homelife-automation-hub.html

On the **Connecting to Server** screen, the progress bar indicates the hub is connecting to the network.



https://www.cox.com/residential/support/restoring-connectivity-to-the-automation-hub.html

The Homelife Security Touchscreen has been redesigned to provide a more user-friendly experience that will pave the way for more features in the future.



User Device

Emergency button

https://www.cox.com/residential/support/homelife-security-touchscreen-new-user-interface.html



https://www.cox.com/residential/support/homelife-security-touchscreen-new-user-interface.html



## PANIC ALARMS

Initiating a panic alarm sends an immediate alarm to the Central Monitoring Station, indicating an emergency of a specific type — medical, fire or police.

To initiate a panic alarm:

1. Press the red **panic button** [ 🔘 ] on the lower front of the Touchscreen to display the individual emergency options.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf

## ACTIVATING A PANIC ALARM

In the event of an emergency, panic alarms can be sent directly from your Touchscreen (or key fob or keypad). A Panic Alarm is reported immediately to the monitoring station without any delay.

- To manually trip the alarm, press the Panic Alarm button [ 🔘 ] on the lower right front of your Touchscreen
- Select Fire, Medical or Police. Tapping the Fire or Police icon will sound a repeating, high-pitched siren. Tapping the Medical icon will sound a repeating triple-beep signal
- To silence an audible alarm, enter your 4-digit keypad code but be aware that the alarm signal has already been sent to the Central Monitoring Station. If you wish to cancel the alarm when the operator calls, be sure to provide your Central Station Passcode

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf

<table>
<tr>
<td></td>
<td>



**4  ALARMS & NOTIFICATIONS**

When your security system generates an alarm, Cox's Central Monitoring Station will receive an alarm signal, and will respond based on the type and priority of the alarm.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf

</td>
</tr>
<tr>
<td>transmitting an alert from the user device (**32**) to the monitoring database (**34**);</td>
<td>

The accused system discloses transmitting an alert (e.g., alert regarding an alarm event) from the user device (e.g., Touchscreen Control Panel) to the monitoring database (e.g., Cox monitoring server).

As shown, the accused system comprises smart home devices such as cameras, motion sensors, and other components that integrate with the Cox Homelife app for controlling and monitoring the devices. The accused system also includes Cox monitoring and response technology that works such that when an alarm is triggered by these devices, the Cox monitoring centers will be notified by the accused system. When the user presses the Emergency button on the Touchscreen Control Panel, it transmits an alert to the monitoring database.

</td>
</tr>
</table>

The Homelife Security Touchscreen has been redesigned to provide a more user-friendly experience that will pave the way for more features in the future.



https://www.cox.com/residential/support/homelife-security-touchscreen-new-user-interface.html



https://www.cox.com/residential/support/homelife-security-touchscreen-new-user-interface.html

When the alarm is triggered, the following actions happen.

- An immediate audible alarm sound.
- The Disarm keypad displays on the touchscreen. Enter the keypad code to cancel the alarm.



⚠ If you do not cancel the alarm, the Central Monitoring Station will call you to verify the emergency and send the police. You will need to dial 911 to call the fire department or an ambulance.

https://www.cox.com/residential/support/homelife-security-touchscreen-new-user-interface.html



### PANIC ALARMS

Initiating a panic alarm sends an immediate alarm to the Central Monitoring Station, indicating an emergency of a specific type — medical, fire or police.

To initiate a panic alarm:

1. Press the red **panic button** on the lower front of the Touchscreen to display the individual emergency options.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/
Cox_Homelife_User_Guide_2016.pdf

### ACTIVATING A PANIC ALARM

In the event of an emergency, panic alarms can be sent directly from your Touchscreen (or key fob or keypad). A Panic Alarm is reported immediately to the monitoring station without any delay.

- To manually trip the alarm, press the Panic Alarm button on the lower right front of your Touchscreen
- Select Fire, Medical or Police. Tapping the Fire or Police icon will sound a repeating, high-pitched siren. Tapping the Medical icon will sound a repeating triple-beep signal
- To silence an audible alarm, enter your 4-digit keypad code but be aware that the alarm signal has already been sent to the Central Monitoring Station. If you wish to cancel the alarm when the operator calls, be sure to provide your Central Station Passcode

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/
Getting_Started_Guide_Technicolor.pdf

| | |
|---|---|
| | <br><br>https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf |
| automatically establishing communication with one of the contacts through one of the contact methods according to the priority order upon receipt of the alert to notify at least one of the contacts of the emergency through the monitoring database (**34**) using one of internet protocols and public-switched telephone networks; | The accused system discloses automatically establishing communication (e.g., automatically calling) with one of the contacts (e.g., first primary contact) through one of the contact methods (e.g., contact method such as calling) according to the priority order (e.g., order in which contacts are to be contacted as listed by the user) upon receipt of the alert (e.g., alert related to an alarm event) to notify at least one of the contacts (e.g., first primary contact) of the emergency through the monitoring database (e.g., Cox monitoring server) using internet protocols and public-switched telephone networks (e.g., landline or cellular network).<br><br>As shown, the Cox Homelife Security System includes smart home devices that are controlled and monitored using the touchscreen control panel. When an alarm is triggered, the system notifies the Cox monitoring centers. Pressing the Emergency button on the Touchscreen Control Panel sends an alert to the Cox monitoring center which initiates communication with emergency contacts based on the priority determined by the user. The monitoring centers will call the first primary contact via landline or cellular network and ensure that at least one contact is reached. |

The Homelife Security Touchscreen has been redesigned to provide a more user-friendly experience that will pave the way for more features in the future.



**User Device**

**Emergency button**

https://www.cox.com/residential/support/homelife-security-touchscreen-new-user-interface.html



**PANIC ALARMS**

Initiating a panic alarm sends an immediate alarm to the Central Monitoring Station, indicating an emergency of a specific type — medical, fire or police.

To initiate a panic alarm:

1. Press the red **panic button** 🔴 on the lower front of the Touchscreen to display the individual emergency options.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/
Cox_Homelife_User_Guide_2016.pdf

 Emergency



Emergency enables you to sound an immediate audible alarm and to send an
emergency police alarm to the Central Monitoring Station.

**Note**: Certain models have a hardware emergency button.

https://www.cox.com/residential/support/homelife-security-touchscreen-new-user-
interface.html

## ACTIVATING A PANIC ALARM

In the event of an emergency, panic alarms can be sent directly from your Touchscreen (or key fob or keypad).
A Panic Alarm is reported immediately to the monitoring station without any delay.

- To manually trip the alarm, press the Panic Alarm button [ ] on the lower right front of your Touchscreen
- Select Fire, Medical or Police. Tapping the Fire or Police icon will sound a repeating, high-pitched siren. Tapping the Medical icon will sound a repeating triple-beep signal
- To silence an audible alarm, enter your 4-digit keypad code but be aware that the alarm signal has already been sent to the Central Monitoring Station. If you wish to cancel the alarm when the operator calls, be sure to provide your Central Station Passcode

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/
Getting_Started_Guide_Technicolor.pdf

# 4 ALARMS & NOTIFICATIONS

When your security system generates an alarm, Cox's Central Monitoring Station will receive an alarm signal, and will respond based on the type and priority of the alarm.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf



https://www.youtube.com/watch?v=PXceljL74VQ

If the alarm sounds, always **be sure to speak to someone from the Central Monitoring Station** immediately. Wait by the phone designated as your first emergency dispatch contact and have your Central Station Passcode ready

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf



## Contacts

Contacts are the people who get contacted in an emergency or who gets rules-based alerts or notifications.

The two contacts listed as "Call before police in emergency" can be edited, but you cannot delete them; they are required. These are the primary contacts that the Central Monitoring Station will call to verify alarms by asking for your designated Secret Word.

The contacts listed as "Call after police in emergency" will be called after the authorities have been dispatched to the home; these contacts can be edited and deleted.

Rules contacts are the people you would like to notify via email or text when certain notification-based rules are executed. In order to use Rules, you must set up Rules Contacts.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



### Contacts

Contacts are the people who get contacted in an emergency or who gets rules-based alerts or notifications. The two contacts listed as "Call before police in emergency" can be edited, but you cannot delete them; they are required. These are the primary contacts that the Central Monitoring Station will call to verify alarms by asking for your designated Secret Word.

The contacts listed as "Call after police in emergency" will be called after the authorities have been dispatched to the home; these contacts can be edited and deleted.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



https://www.youtube.com/watch?v=5YI_H1JRISM

| | |
|---|---|
| receiving one of an accepted and a not accepted and an | The accused system discloses receiving one of an accepted, not accepted (e.g., no answer), or unresponsive response electronically from the contact (e.g., first primary contact) by the monitoring database (e.g., Cox monitoring server). |

| | |
|---|---|
| unresponsive response electrically with the monitoring database (**34**) from the contact; and | As shown, the accused system comprises smart home devices such as cameras, motion sensors, and other components that integrate with the touchscreen panel and Cox Homelife app for controlling and monitoring these devices. The system also includes Cox monitoring and response technology that works such that when an alarm is triggered by these devices, the Cox monitoring centers are notified. Upon receiving an alarm notification, the Cox monitoring center will first call the first primary number determined by the user in the emergency contact list. If there is no answer from the first primary number or the first primary contact is unavailable, Cox will call the individuals in the emergency contact list in the order listed by the user. <br><br>  <br><br> https://www.cox.com/residential/support/homelife-security-touchscreen-new-user-interface.html |



### PANIC ALARMS

Initiating a panic alarm sends an immediate alarm to the Central Monitoring Station, indicating an emergency of a specific type — medical, fire or police.

To initiate a panic alarm:

1. Press the red **panic button** [button] on the lower front of the Touchscreen to display the individual emergency options.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



### Contacts

Contacts are the people who get contacted in an emergency or who gets rules-based alerts or notifications. The two contacts listed as "Call before police in emergency" can be edited, but you cannot delete them; they are required. These are the primary contacts that the Central Monitoring Station will call to verify alarms by asking for your designated Secret Word.

The contacts listed as "Call after police in emergency" will be called after the authorities have been dispatched to the home; these contacts can be edited and deleted.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



https://www.youtube.com/watch?v=PXceljL74VQ

If the alarm sounds, always **be sure to speak to someone from the Central Monitoring Station** immediately. Wait by the phone designated as your first emergency dispatch contact and have your Central Station Passcode ready

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf



https://www.youtube.com/watch?v=PXceljL74VQ



https://www.youtube.com/watch?v=PXceljL74VQ

| automatically establishing communication with another contact according to the priority order with the monitoring database (**34**) until the monitoring database receives an accepted response. | The accused system discloses automatically establishing communication (e.g., automatically calling) with another contact (e.g., second primary contact) according to the priority order (e.g., the order in which the contacts are listed by the user) with the monitoring database (e.g., Cox Homelife monitoring server) until the monitoring database (e.g., Cox Homelife monitoring server) receives an accepted response (e.g., until the call is answered).<br><br>As shown, the accused system comprises smart home devices such as cameras, motion sensors, and other components that integrate with the touchscreen panel for controlling and monitoring these devices. When an alarm is triggered by pressing the emergency button on the Touchscreen Control Panel (user device), the monitoring centers are notified. They will call the first primary contact listed by the user. If there is no answer from the first primary contact, Cox will call the second primary contact and continue calling the contacts in the priority order until the call is answered. |



The Homelife Security Touchscreen has been redesigned to provide a more user-friendly experience that will pave the way for more features in the future.

**User Device**

**Emergency button**

https://www.cox.com/residential/support/homelife-security-touchscreen-new-user-interface.html



**PANIC ALARMS**

Initiating a panic alarm sends an immediate alarm to the Central Monitoring Station, indicating an emergency of a specific type — medical, fire or police.

To initiate a panic alarm:

1. Press the red **panic button** on the lower front of the Touchscreen to display the individual emergency options.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf



**Contacts**

Contacts are the people who get contacted in an emergency or who gets rules-based alerts or notifications.

The two contacts listed as "Call before police in emergency" can be edited, but you cannot delete them; they are required. These are the primary contacts that the Central Monitoring Station will call to verify alarms by asking for your designated Secret Word.

The contacts listed as "Call after police in emergency" will be called after the authorities have been dispatched to the home; these contacts can be edited and deleted.

Rules contacts are the people you would like to notify via email or text when certain notification-based rules are executed. In order to use Rules, you must set up Rules Contacts.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf

If the alarm sounds, always **be sure to speak to someone from the Central Monitoring Station** immediately. Wait by the phone designated as your first emergency dispatch contact and have your Central Station Passcode ready

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf



https://www.youtube.com/watch?v=PXceljL74VQ



https://www.youtube.com/watch?v=PXceljL74VQ



automatically establishing communication with another contact according to the priority order

https://www.youtube.com/watch?v=5YI_H1JRISM



**Contacts**

Contacts are the people who get contacted in an emergency or who gets rules-based alerts or notifications.  The two contacts listed as "Call before police in emergency" can be edited, but you cannot delete them; they are required. These are the primary contacts that the Central Monitoring Station will call to verify alarms by asking for your designated Secret Word.

The contacts listed as "Call after police in emergency" will be called after the authorities have been dispatched to the home; these contacts can be edited and deleted.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Cox_Homelife_User_Guide_2016.pdf

## EMERGENCY DISPATCH CONTACTS

The Central Monitoring Station will contact your Emergency Dispatch Contact Numbers to verify emergencies or notify responding parties. Be sure to review and update your emergency contacts on a regular basis.

- In your Subscriber Portal, go to the **SECURITY** menu and select **Emergency Dispatch Setup**
- Update existing contacts by clicking the pencil icon, delete contacts by clicking the trash can icon or add new contacts by clicking the **ADD CONTACT** button

*Note:* You may list up to four emergency contacts, but only the two mandatory contacts set as "verify alarm before calling police" will be contacted prior to dispatching the proper authorities. Up to two additional contacts are considered **Responding Parties,** and will be notified after a dispatch.

https://www.cox.com/content/dam/cox/residential/support/homelife/print_media/Getting_Started_Guide_Technicolor.pdf



https://www.youtube.com/watch?v=PXceljL74VQ